AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| Carmen Jara <br><br> *Plaintiff(s)* <br> v. <br> Delaware Transit Corporation, Delaware Authority for Regional Transit, and First Transit, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:20-cv-01495-LPS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Delaware Transit Corporation
800 Bay Road
Dover, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michele D. Allen
Allen & Associates
4250 Lancaster Pike, Suite 230
Wilmington, DE 19805

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

/s/ John A. Cerino
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-01495-LPS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Delaware Transit Corporation

was received by me on *(date)*    12/29/2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On 12/29/2020 at 2:51 P.M. I served the summons on Lesley Devine, executive assistant for Delaware Transit Corporation at 800 Bay Road, Dover, Delaware 19901 - a person then employed therein who acknowledged that she was authorized to accept service of process for the named defendant

My fees are $    0.00    for travel and $    50.00    for services, for a total of $    50.00 .

I declare under penalty of perjury that this information is true.

Date:    12/29/2020

*Server's signature*

Jeffrey L. Butler - process server
*Printed name and title*

Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886
*Server's address*

Additional information regarding attempted service, etc:
physical description of person served (Lesley Devine, executive assistant): Caucasian, female, 5'07", 140 lbs., black hair